let me get started. I'm going to be covering case 13-35010 and 15-35019. I'm going to be using them to do segmented estimates, and then reserving them at once for Mr. Price and Mr. Moriarty in case they need them. Okay. And we'll stop the clock. We're running out of time. So I'm hoping for bubble time as well, which we're going to have five minutes. So let's just do it. Mr. Moriarty, Your Honors, I think it's a purpose of yours that I call you We're here on the appeal of this very uncomfortable case called by Julie Brooks, the remaining claim that the Coase Revise was improperly or incorrectly made by an officer in our company. Basically, we are challenged to bring you a case law that Mr. Price reminds us to establish impromptly or to recall, which is a violation of the Constitutional Federal Right. We have researched and studied this several times, and we find no such case law. But it's difficult in creating a case law So it's not the Coase case itself, it's the Coase case itself, and you have to come to terms with that. Well, I think Coase Revise was a law that called first place. We have a female officer in the middle of the line looking over at Mr. Price as if he were in a car with three other people on the side of the road. And she is, ironically, and she refuses to present us with registration to our insurance. The officer acknowledged as well to all the companies that he's ever worked with in that situation, and Mr. Price, I think she acknowledged in her offices that she comes from the South. She also, after taking a Code 3, that so many vehicles would stop, which, of course, we didn't know where vehicles would appear or how many would respond or where. But in these circumstances, if these wheelhouses were marked on the side of the highway, we would have a lone female officer with a car and four people who is resisting, who has just been identified, and obstructing and refusing to do what actual law requires. And that is usually someone who has, in these situations, been called for a restraining order, and is not refusing to abide and is not refusing to comply to a federal law, which is a law that's not lawful. She also refuses to be caught, so she could be put somewhere else. And as a result, she's been resisting until yesterday for moving from the car that she had been arrested in, which is called a Code 3, which is a police officer who takes what's called a restricted license. And I'm not sure if I've seen that situation. I think it might be that the officers being caught should be pursuing policies of the police because we don't know what's going to happen. She didn't want to be caught if there were weapons in the car. People who are in the car, what they might be doing, she's alone. And the senior police officer who's been called for assistance in terms of this unspecified activity is resisting, and refusing to comply until it was reasonable for her to seek assistance in that area. So, she might say more than one person came to help her, but it's a potential she didn't know who was in the area, how the officers were helping her, and so on and so forth. So, yes, coming out there, she's got so many people, and she didn't need that much help. And most of the officers she didn't need help from, they were there. And essentially, removing Mr. Rice from the car, if it's a black car, is not a real case. And as this conversation set in motion, the senior police officer, as you see here right now, wouldn't be able to help Mr. Rice because Mr. Rice did not have the right access to the force that she could have. She may have been called for help if no one at the time had actually tried to secure her own safety. It seems that everybody else has received the information from Mr. Rice. I'm not sure if it's true that Ms. Rice was the one who asked this question. It seems as though I'm not in any of the context to be able to say that Ms. Rice is responsible for her own safety. So, again, it's hard for me to do this over all the hours. Well, I think it's important to realize that some of those are serious crimes. Okay, please step forward. I'm going to stop you or my representative is going to stop you. Okay.
judges: Clifton, Murguia, Nguyen